UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON KIRBY<br>and ROBERT JOHNSTONE,<br>*Individually and on Behalf of All*<br>*Others Similarly Situated,*<br><br>              Plaintiffs,<br><br>   v.<br><br>SECURITY ASSURANCE MANAGEMENT, INC.<br>and RUSSELL STEPHENS,<br><br>              **Defendants.** | Civil Action No. 1:13-cv-00870-RWR |

## DEFENDANTS' OBJECTION TO NOTICE OF RELATED CASE DESIGNATION

Defendants Security Assurance Management, Inc. and Russell Stephens (collectively "Defendants"), through undersigned counsel, and pursuant to Local Rule 40.5(b)(2), hereby object to Plaintiffs' Notice of Designation of Related Civil Case (ECF No. 1-2). In support thereof, Defendants state:

1. Plaintiffs initiated the instant action on or about June 10, 2013 (ECF No. 1) ("Kirby/Johnstone Action").

2. At that time, Plaintiffs filed a Notice of Designation of Related Civil Case (ECF No. 1-2), indicating that the instant case was related to Ulloa v. Security Assurance Management, Inc., et al., C.A. No. 12-cv-00075-RWR ("Ulloa Action") because the cases allegedly involved "common issues of fact."

3. Defendants disagree that the Ulloa Action shares common issues of fact with the Kirby/Johnstone Action.

1

4. Since filing the instant action, counsel for Plaintiffs expressed her intention to file a Motion to Consolidate the Ulloa Action with the Kirby/Johnstone Action, and requested Defendants' consent to her planned Motion.

5. Defendants declined consenting to Plaintiffs' planned Motion to Consolidate. Defendants disagree that there are common questions of law or fact sufficient to warrant consolidation of the Ulloa Action with the Kirby/Johnstone Action.

6. Other than being formerly employed by Defendant Security Assurance Management, Inc., the Plaintiffs in the Kirby/Johnstone Action are not similarly situated to the Plaintiff in the Ulloa Action.  Furthermore, the Ulloa Action is in a very different procedural phase than the Kirby/Johnstone Action, in that (a) the Ulloa Action was filed over a year ago, (b) the deadline for joining parties in the Ulloa Action of May 14, 2013 has long passed, and (c) Plaintiff's Motion for Class Certification in the Ulloa Action is due July 1, 2013.

7. Defendants intend to oppose any Motion to Consolidate filed by counsel for Plaintiffs, and accordingly note their objection to the designation of the Kirby/Johnstone Action as being "related" to the Ulloa Action.

8. Defendants reserve the right to file a more substantive motion and brief in opposition to Plaintiffs' Motion to Consolidate once it is filed.

WHEREFORE, Defendants respectfully object to Plaintiffs' Notice of Designation of Related Civil Case.

Dated: June 28, 2013                                       Respectfully submitted,

                                                */s/ Jennifer W. Persico*
O'Kelly E. McWilliams III, Bar No. 448053
Jennifer W. Persico, Bar No. 465065
GORDON & REES LLP
700 12th Street, NW, Suite 1050
Washington, DC 20005
Telephone: (202) 372-1009
Fax: (202) 800-2999
omcwilliams@gordonrees.com
jpersico@gordonrees.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2013, I caused a true copy of the foregoing to be sent by electronic mail to:

BLAU BROWN & LEONARD, LLC
Shelly A. Leonard
*Pro Hac Vice*
224 West 30th Street, Suite 1205
New York, New York 10001
Telephone: (212) 725-7272
Fax: (212) 488-4848
sleonard@bbpc-law.com

and

THE RUBIN EMPLOYMENT LAW FIRM, PC
James Edward Rubin, Bar No. 456945
11 North Washington Street, Suite 520
Rockville, MD 20850
Telephone: (301) 760-7914
Fax: (301) 760-7234

*Attorneys for Plaintiffs*


GORDON & REES LLP

　　*/s/ Jennifer W. Persico*
O'Kelly E. McWilliams III, Bar No. 448053
Jennifer W. Persico, Bar No. 465065
700 12th Street, NW, Suite 1050
Washington, DC 20005
Telephone: (202) 372-1009
Fax: (202) 800-2999
omcwilliams@gordonrees.com
jpersico@gordonrees.com

*Attorneys for Defendants Security Assurance Management, Inc. and Russell Stephens*